# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1916. DONNA ANDREWS, AS THE ADMINISTRATOR OF THE ESTATE OF JOHNNY L. FLEAK v. BLUE RIDGE NH ASSOCIATES, LLC et al.**

Donna Andrews, as the Administrator of the Estate of Johnny Lee Fleak, filed a wrongful death suit in DeKalb County. The trial court entered an order transferring venue to Whitfield County. Andrews filed a direct appeal from that order. We, however, lack jurisdiction.

It is well-settled that a court order transferring a case from one trial court to another is not a final judgment as the case remains pending below, albeit in a different court. See *In the Interest of W. L.*, 335 Ga. App. 561 (782 SE2d 464) (2016); *Griffith v. Georgia Bd. of Dentistry*, 175 Ga. App. 533 (333 SE2d 647) (1985). Therefore, to appeal the transfer order, Andrews was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court and filing an appropriate application to this Court. *Griffith*, supra; *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701

SE2d 599) (2010). Because Andrews failed to do so, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  05/14/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                       *Stephen E. Castlen*         *, Clerk.*